UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 08-20687-Civ-Huck/O'Sullivan

TIFFANY T. SMITH,

     Plaintiff,

v.

ACADEMY COLLECTION
SERVICE, INC.,

     Defendant.
_____/

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii) and having amicably resolved all matters in controversy, the parties jointly stipulate to a Dismissal with Prejudice of this action with each party to bear its own attorney's fees and costs except as otherwise agreed by the parties.


Donald A. Yarbrough, Esq.     Onier  Llopiz, Esq
Attorney for Plaintiff     Attorney for Defendant
Post Office Box 11842     Lydecker, Lee, Behar, Berga
Fort Lauderdale, Florida  33339     Fifth Floor
Telephone: 954-537-2000     1201 Brickell Avenue
Facsimile: 954-566-2235     Miami, FL 33131
     Telephone: 305-416-3180
     Facsimile: 305-416-3190


By:  /s/ Donald A. Yarbrough     By: /s/ Onier  Llopiz
Donald A. Yarbrough, Esq.     Onier  Llopiz, Esq

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 08-20687-Civ-Huck/O'Sullivan

TIFFANY T. SMITH,

     Plaintiff,

v.

ACADEMY COLLECTION
SERVICE, INC.,

     Defendant.

_____/

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on June 12, 2008, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                                   s/Donald A. Yarbrough
                                                 Donald A. Yarbrough, Esq.

## SERVICE LIST

Mr. Onier Llopiz, Esq.
Lydecker, Lee, Behar, Berga & de Zayas, LLC
Fifth Floor
1201 Brickell Avenue
Miami, FL 33131
Telephone: 305-416-3180
Facsimile: 305-416-3190

Via Notices of Electronic Filing generated by CM/ECF