UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 08-20687-CIV-HUCK

TIFFANY T. SMITH,

    Plaintiff,

vs.

ACADEMY COLLECTION SERVICE, INC.,

    Defendant.
_____/

CLOSED CIVIL CASE

## FINAL ORDER OF DISMISSAL

THIS MATTER is before the Court upon the parties' Joint Stipulation for Dismissal with Prejudice, filed on June 12, 2008 [D.E. #14]. Having considered the Stipulation and being otherwise duly advised in the premises, it is hereby

ORDERED that this action is DISMISSED WITH PREJUDICE. All pending motions are DENIED as moot and the case is CLOSED.

DONE AND ORDERED in Chambers, Miami, Florida, this 13th day of June, 2008.

Paul C. Huck
United States District Judge

Copies furnished to:
Counsel of Record